TOWNSEND AND TOWNSEND AND CREW LLP
PETER H. GOLDSMITH (State Bar No. 91294)
Two Embarcadero Center, Eighth Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff and
Counterdefendant
JUMPSPORT, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUMPSPORT, INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>JUMPKING, INC., a Utah corporation, et al.,<br><br>        Defendants. | Case No. C 01-4986 PJH<br><br>**STATUS REPORT FILED BY PLAINTIFF JUMPSPORT, INC.**<br><br>Honorable Phyllis J. Hamilton |
| HEDSTROM CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>JUMPSPORT, INC.<br><br>        Defendant. | Case No. C-04-1632 PJH |
| JUMPSPORT, INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>HEDSTROM CORPORATION, a Delaware corp.; KMART CORPORATION, a Michigan corp.; TARGET CORPORATION, a Minnesota corp; TOYS "R" US-DELAWARE, INC., a Delaware corp; and DOES 1 through 100,<br><br>        Defendants. | Case No.   C 04-0199 PJH |

STATUS REPORT FILED BY PLAINTIFF JUMPSPORT, INC.
Case No. C 01-4986 PJH                                                                                                                       1

The Court has requested that plaintiff JumpSport submit a report describing the status of the following three cases: 1) *JumpSport v. Jumpking, et al.* (Case No. C 01-4986 PJH) (the "JumpSport 1" case); 2) *Hedstrom Corp. v. JumpSport, Inc.,* (Case No. C 04-01632 PJH) (the "Hedstrom" case); and 3) *JumpSport v. Hedstrom, et al.* (Case No. C 04-0199 PJH) (the "JumpSport 2" case).

1. The *JumpSport 1* case is on appeal. The parties to the appeal include JumpSport, Jumpking, and various retailer defendants. The parties have raised numerous appellate issues. Oral Argument on the appeal is scheduled for July 11, 2006.

2. The *Hedstrom* case has been dismissed by agreement of the parties. (*See* Court Order e-filed on June 2, 2006 (Docket Item 92) filed under the caption of the JumpSport 2 case.)

3. The *JumpSport 2* case has been dismissed by agreement of the parties. (*See* Court Orders e-filed on April 21, 2006 (Docket Item 91) and June 2, 2006 (Docket Items 93, 94 and 95).)

DATED: June 7, 2006

Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

By: _____
Peter H. Goldsmith
Attorneys for Plaintiff and Counterdefendant
JUMPSPORT, INC.

60791356 v1

PLAINTIFF JUMPSPORT, INC.'S AND DEFENDANTS KMART CORPORATION'S AND HEDSTROM CORPORATION'S STIPULATED MOTION TO DISMISS CERTAIN CLAIMS AND COUNTERCLAIMS
Case No. C 04-0199 PJH

2

# PROOF OF SERVICE
*JumpSport, Inc. v. Jumpking, Inc., et al.*
Case No. C 01-4986 PJH

I, Laura T. Inglis, am a citizen of the United States and an employee in the City and County of San Francisco, State of California. I am over the age of eighteen and not a party to the within action. My business address is Two Embarcadero Center, 8th Floor, San Francisco, CA 94111.

On June 8, 2006, I served the following document(s): **STATUS REPORT FILED BY PLAINTIFF JUMPSPORT, INC.** on the related parties in this action

[ X ]   By U.S. Mail: I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit. Fed. Rule Civ. Proc. 5(b).

| | |
|---|---|
| Larry R. Laycock<br>Workman, Nydegger<br>1000 Eagle Gate Tower<br>60 East South Temple<br>Salt Lake City, UT  84111<br><br>*Counsel for Jumpking, Inc.* | Timothy Q. Delaney<br>Timothy P. Lucier<br>Brinks Hofer Gilson & Lione<br>NBC Tower<br>455 North Cityfront Plaza Drive, Suite 3600<br>Chicago, IL  60611-5599<br><br>*Counsel for Defendant Amway Corp.* |
| Mark Fowler<br>Michael G. Schwartz<br>DLA Piper Rudnick Gray Cary US LLP<br>2000 University Avenue<br>East Palo Alto, CA  94303<br><br>*Counsel for Defendant Toys R Us* | Stephen M. Mertz<br>Faegre & Benson LLP<br>2200 Wells Fargo Center<br>90 S. 7th Street<br>Minneapolis, MN  55402-3901<br><br>*Counsel for Defendant Target* |
| Stephen P. McNamara<br>St. Onge Steward Johnston & Reens LLC<br>986 Bedford Street<br>Stamford, CT 06905<br><br>*Counsel for Defendant Kmart* | Barry P. Golob<br>Duane Morris LLP<br>1667 K Street, N.W., Suite 700<br>Washington, D.C.  20006-1608<br><br>*Counsel for Wal-Mart Stores, Inc.* |
| Thomas O'Konski<br>Kevin Gannon<br>Cesari and McKenna LLP<br>88 Black Falcon Avenue<br>Boston, MA  02210-2414<br><br>*Counsel for Defendant Hedstrom* | Jamie Isbester<br>Isbester & Associates<br>3169 College Avenue<br>Berkeley, CA  94705<br><br>*Counsel for JumpSport, Inc.* |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 8, 2006, at San Francisco, California.

_____
Laura T. Inglis

60791356 v1