LARRY R. LAYCOCK (USB No. 4868) (Admitted *Pro Hac Vice*)
DAVID R. WRIGHT (USB No. 5164) (Admitted *Pro Hac Vice*)
C.J. VEVERKA (USB No. 7110) (Admitted *Pro Hac Vice*)
ROBERT E. AYCOCK (USB No. 8878) (Admitted *Pro Hac Vice*)
CHAD E. NYDEGGER (USB No. 9964) (Admitted *Pro Hac Vice*)
WORKMAN NYDEGGER
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111
Telephone: (801) 533-9800
Fax: (801) 328-1707

WILLIAM S. FARMER (Cal. State Bar No. 46694)
COLLETTE & ERICKSON LLP
Bank of America Center, 43rd Floor
555 California Street
San Francisco, CA 94104-1791
Telephone: (415) 788-4646
Fax: (415) 788-6929

Attorneys for Defendant Jumpking, Inc. and Related Parties

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUMPSPORT, INC., a California Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>JUMPKING, INC., a Utah Corporation, ICON HEALTH AND FITNESS, INC., a Delaware Corporation; et al.,<br><br>    Defendants.<br><br>AND COUNTERCLAIMS. | Case No.:   C-01-4986 PJH<br><br>**NOTICE OF SATISFACTION OF JUDGMENT AND ORDER OF RELEASE**<br><br>**Judge:** Hon. Phyllis J. Hamilton |

1  The Plaintiff Jumpsport, Inc. acknowledges receipt and satisfaction of all sums owing to
2  Plaintiff after judgment in the above captioned action. Plaintiff moves the Court for an order
3  showing satisfaction of the judgment rendered herein.
4  THEREUPON, the Court having examined the files and being fully advised in the
5  premises finds the judgment against the defendant Jumpking, Inc. should be and hereby is
6  released.
7  **IT IS SO ORDERED.**    5/17/07

U.S. District Judge Phyllis J. Hamilton

Requested by: *[signature]*
Peter H. Goldsmith
Attorney for Jumpsport Inc.

Satisfaction of Judgment and
Order of Release
CASE NO. C-01-4986 PJH

2